FRANK PAVLOCK, Respondent, v. G. H. WITHERELL, INC., Defendant, and DAVID VAN CUREN, Appellant.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Cattaraugus Trial Term for plaintiff in

an automobile negligence action. The order denied a motion for a new trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.